1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

GERARDO CARRILLO-AMADOR,

             Petitioner,

     v.

UNITED STATES OF AMERICA,

             Respondent.

No.    CV 07-8026 PA
           CR 06-711 PA

JUDGMENT

      IT IS ADJUDGED that the motion to vacate, set aside or correct sentence pursuant to

Title 28, U.S.C. Section 2255 is denied and the action dismissed with prejudice.

DATED:  July 29, 2011

_____
               Percy Anderson
         UNITED STATES DISTRICT JUDGE